IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

MAR 1 8 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 25-30040 SPM |
| | ) | |
| DORNA L. KING, | ) | Title 18, United States Code, Sections |
| | ) | 922(k), 922(u), 924(a)(1)(B), and 924(i)(1) |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### POSSESSION OF FIREARM WITH AN OBLITERATED SERIAL NUMBER

On or about January 29, 2025, in St. Clair County, Illinois, within the Southern District of Illinois,

**DORNA L. KING,**

defendant herein, knowingly possessed a firearm that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered and obliterated, as the defendant knew, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

### COUNT 2

#### POSSESSION OF FIREARM WITH AN OBLITERATED SERIAL NUMBER

On or about February 11, 2025, in St. Clair County, Illinois, within the Southern District of Illinois,

**DORNA L. KING,**

defendant herein, knowingly possessed a firearm that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered and obliterated, as the defendant knew, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## COUNT 3

### UNLAWFUL TAKING OF FIREARM FROM PREMISES OF A PERSON LICENSED TO ENGAGE IN THE BUSINESS OF DEALING IN FIREARMS

On or about February 11, 2025, in St. Clair County, Illinois, within the Southern District of Illinois,

### DORNA L. KING,

defendant herein, knowingly, unlawfully took and carried away from Metro Shooting Supplies in Belleville, Illinois, the premises of a person who was federally licensed to engage in the business of dealing in firearms, a firearm that had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(u) and 924(i)(1).

### FORFEITURE OF FIREARMS ALLEGATION

Upon conviction of the offenses alleged in Counts 1 and 2 of this Indictment,

### DORNA L. KING

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms involved in any knowing violation of the offenses described in Counts 1 and 2 of this Indictment, including, but not limited to, the following: a Taurus, Model 470 Slim, .40 S&W caliber pistol, with obliterated serial number, and a Colt, Model MK IV, .380 caliber pistol with obliterated serial number, and any and all ammunition contained therein.

2

DAVID D. DEAN
Assistant United States Attorney

Digitally signed by STEVEN
WEINHOEFT
Date: 2025.03.15 12:13:54 -05'00'

STEVEN D. WEINHOEFT
United States Attorney